## *Elson, a negro, *against* William M'Colloch.

Only the owner, or his lawful attorney can register a negro or mulatto.   The act of a stranger in such case is merely void.

HOMINE REPLEGIANDO.   The only question in this case was, whether a stranger might register a negro, under the act for the gradual abolition of slavery, passed the 1st March 1780?

The court declared, that the point would not bear dispute. The words of the 5th section of the act were imperious.   1 Dall. St. Laws, 840.   "The owner or his lawful attorney, shall de-"liver, or cause to be delivered in writing," &c.   No one therefore, except the party legally or equitably intitled to the negro, or mulatto, or a person legally authorized for that purpose, can lawfully register him ; and the act of a stranger in such particular, is merely void.

It was agreed that a verdict should be entered for the plaintiff for nominal damages only, he having been in the defendant's service but two months, and full costs.

Mr. J. Ross, *pro quer.*

Messrs. Addison and Meason, *pro def.*